IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION and ASTEX THERAPEUTICS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MSN PHARMACEUTICALS INC. and MSN LABORATORIES PVT. LTD., <br><br> Defendants. | C.A. No. 21-870-JLH (Consol.) <br> C.A. No. 21-981-JLH <br> C.A. No. 21-1102-JLH <br> C.A. No. 23-550-JLH <br> C.A. No. 24-1193-JLH |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Whereas, Plaintiffs Novartis Pharmaceuticals Corporation and Astex Therapeutics Ltd. (collectively, "Plaintiffs") and Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Pvt. Ltd. (collectively, "MSN" or "Defendants") (together, "the Parties") have agreed to terms and conditions representing a negotiated settlement of these actions and have set forth those terms and conditions in a confidential Settlement and License Agreement (the "Settlement Agreement"). Plaintiffs and Defendants, through their undersigned counsel of record, hereby stipulate and agree that:

1. In view of, and subject to the provisions of the Settlement Agreement, all claims, counterclaims, and affirmative defenses asserted or brought by the Parties against one another in the above-captioned actions are dismissed with prejudice.

2. This Court retains jurisdiction to enforce and resolve any disputes arising under the Settlement Agreement, and to enforce this Stipulation and Order of Dismissal.

3. Each party will bear its own attorneys' fees and costs.

1

Dated: January 30, 2025

| | |
|---|---|
| **MCCARTER & ENGLISH, LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| */s/ Alexandra M. Joyce* | */s/ Robert M. Vrana* |
| Daniel M. Silver (#4758) | Karen L. Pascale (#2903) |
| Alexandra M. Joyce (#6423) | Robert M. Vrana (#5666) |
| Renaissance Centre | Rodney Square |
| 405 N. King Street, 8th Floor | 1000 North King St. |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| T: (302) 984-6300 | (302) 571-6600 |
| dsilver@mccarter.com | kpascale@ycst.com |
| ajoyce@mccarter.com | rvrana@ycst.com |
| | |
| John D. Livingstone | Richard J. Berman |
| M. David Weingarten, Ph.D. | Janine A. Carlan |
| Megan L. Meyers | Bradford C. Frese |
| Shannon M. Patrick | **ARENTFOX SCHIFF LLP** |
| Candace C. Walther | 1717 K. Street, NW |
| **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** | Washington, DC 20006-5344 |
| 271 17th St. NW, Suite 1400 | (202) 857-6000 |
| Atlanta, GA 30306 | richard.berman@afslaw.com |
| Phone: (404) 653-6400 | janine.carlan@afslaw.com |
| john.livingstone@finnegan.com | bradford.frese@afslaw.com |
| david.weingarten@finnegan.com | |
| megan.meyers@finnegan.com | Matthew T. Wilkerson |
| shannon.patrick@finnegan.com | **ARENTFOX SCHIFF LLP** |
| candace.walther@finnegan.com | 233 South Wacker Drive, Suite 7100 |
| | Chicago, IL 60606 USA |
| Matthew Hlinka | (312) 258-5500 |
| **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** | matthew.wilkerson@afslaw.com |
| 901 New York Ave., NW | *Attorneys for Defendants* |
| Washington, DC 20001 | *MSN Pharmaceuticals Inc. and MSN* |
| Phone: (202) 408-4000 | *Laboratories Pvt. Ltd.* |
| matthew.hlinka@finnegan.com | |
| | |
| *Attorneys for Plaintiffs* | |
| *Novartis Pharmaceuticals Corporation* | |
| *and Astex Therapeutics Ltd.* | |

IT IS SO ORDERED, this _____ day of _____, 2025.

                                               _____
                                               UNITED STATES DISTRICT JUDGE